## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-48-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | |
| | **ORDER** |
| **RYAN JOSEPH CANTRELL,** | |
| **Defendant.** | |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED the United States' motion to allow Dr. Ashley K. Christiansen to testify via video at the competency hearing scheduled for April 14, 2021 at 10:00 a.m. is GRANTED.

The United States shall make all the necessary video conference arrangements with the Court systems staff in Great Falls, Montana.   The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 18th day of March, 2021.


Brian Morris, Chief District Judge
United States District Court