**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>RYAN JOSEPH CANTRELL,<br><br>Defendant. | CR-19-48-GF-BMM<br><br>AMENDED<br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on September 30, 2026. (Doc.90.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 29, 2026. (Doc. 89.) The United States accused Ryan Cantrell (Cantrell) of violating the conditions of his supervised release by: (1) being voluntarily discharged from sex offender treatment on April 13, 2026; and communicating with an 11 year old female without the permission of his probation officer. (Doc. 73 and 83.)

At the revocation hearings Cantrell admitted that he had violated the condition 1 of supervised as set forth in the Petition and Judge Johnston found that the Government had met its burden of proof regarding allegation 2. (Docs. 87 and 89.) Judge Johnston recommended that Cantrell be sentenced to custody of 7 months, with 53 months of supervised release to follow. (Doc.90.) Judge Johnston advised Cantrell of his right to appeal and allocute before the undersigned. (Doc. 89.)

The violations Cantrell admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 90) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Ryan Joseph Cantrell be sentenced to custody for a term of 7 months with 53 months of supervised release to follow. Cantrell shall serve his custodial sentence at FCI Englewood

DATED this 19th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts